```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LESHAWN YOUNG,                                                         :
                                                                       :
                                Plaintiff,                             :
                                                                       :      23 Civ. 4584 (JPC)
                -v-                                                    :
                                                                       :      ORDER
PRIMO GOLF LLC,                                                        :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff served Defendant with Summons and the Complaint on July 3, 2023, making Defendant's deadline to respond to the Complaint July 24, 2023. Dkt. 6. That deadline has passed, and the docket does not reflect an appearance or response to the Complaint on behalf of Defendant. Accordingly, Defendant's deadline to respond to the Complaint is adjourned to August 1, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by August 3, 2023.

      SO ORDERED.

Dated: July 25, 2023
       New York, New York

                                                              JOHN P. CRONAN
                                                     United States District Judge